**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TSUEN JER ENTERPRISE CO., LTD.,

                Plaintiff,

  -against-                             21 **CIVIL** 6508 (PKC)

**JUDGMENT**

INFINITI GROUP INTERNATIONAL, INC.,
and BED, BATH AND BEYOND, INC.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 1, 2022, final Judgment is GRANTED and entered as follows: This action is dismissed with prejudice, with each of the parties to bear their own attorney's fees. This Court retains jurisdiction with respect to the enforcement of the agreement reached by the parties.

**Dated:** New York, New York

      August 2, 2022

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**
                         **BY:**      K. Mango

                                                   **Deputy Clerk**